UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

LEYLA REGINA NAVARRETE, Petitioner,

v.  Civil Action No. 4:25-cv-157-DJH

KRISTI NOEM, Secretary, Department of
Homeland Security et al., Respondents.

\* \* \* \* \*

### ORDER

In accordance with the Sixth Circuit's order of February 20, 2026, dismissing the appeal of this matter (Docket No. 22), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

February 23, 2026

David J. Hale, Chief Judge
United States District Court

1